George E. FOSTER, Appellant,

v.

SUN OIL COMPANY.

No. 12417.

United States Court of Appeals
Third Circuit.

Argued April 1, 1958.

Decided April 9, 1958.

Bernard Sacks, Philadelphia, Pa., for appellant.

Mark D. Alspach, Philadelphia, Pa. (T. E. Byrne, Jr., Krusen, Evans & Shaw, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges, and LAYTON, District Judge.

PER CURIAM.

Our examination of the record discloses that there was substantial evidence to support the District Court's findings of fact and conclusions of law.

Accordingly, the judgment of the District Court will be affirmed.

UNITED STATES of America

v.

Walter YAWORSKI, Appellant.

No. 12437.

United States Court of Appeals
Third Circuit.

Argued March 31, 1958.

Decided April 9, 1958.

Rehearing Denied May 1, 1958.

Murry Powlen, Philadelphia, Pa. (Morton S. Powlen, Philadelphia, Pa., on the brief), for appellant.

Joseph L. McGlynn, Jr., Asst. U. S. Atty., Philadelphia, Pa. (Harold K. Wood, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges, and LAYTON, District Judge.

PER CURIAM.

Our examination of the record in this case discloses evidence sufficient to sustain the jury's verdict. We find no basic or prejudicial error in the Court's instructions to the jury.

The judgment and sentence of the District Court will be affirmed.